### 11358.   SHEFFIELD *et al. v.* KING.

BROYLES, C. J. There was some evidence which authorized the verdict, and none of the special grounds of the motion for a new trial shows cause for a reversal of the judgment denying the motion.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
>
> DECIDED MAY 11, 1920.

Processioning; from Camden superior court — Judge Graham. January 27, 1920.

*Cowart & Vocelle,* for plaintiffs in error.

*S. C. Townsend,* contra.